# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| | : | |
| Kenneth Bechard, | : | Civil Action No.: 1:12-cv-00187 |
| Plaintiff, | : | |
| vs. | : | |
| Admin Recovery, LLC. | : | |
| Defendant. | : | |
| | : | |

## ORDER OF STIPULATION TO DISMISS

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: 9/14/2012          _____
                          United States Magistrate Judge